UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60460-CIV-SINGHAL

KARLI HENION,

    Plaintiff,

v.

CHRISTOPHER RODRIGUEZ, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Motion to Continue Trial and Memorandum of Law (the "**Motion**"). (DE [129]). Therein, the parties cite a number of pending motions, the irresolution of which has made it difficult for the parties to prepare a joint pretrial stipulation due February 20, 2026. *See* (DE [57], [129] at 2). The Court has carefully reviewed the gravamen of said motions over many hours and will enter an Order Monday, February 23, 2026 resolving those potentially affecting the joint pretrial stipulation. Importantly, the Court's Order will significantly narrow this case.

In their memorandum of law, the parties cite only Rule 6, permitting extensions of time for good cause shown. *See* (DE [129] at 2). But that is not the relevant rule. Instead, Rule 40 provides that "[e]ach court must provide by rule for scheduling trials." Fed. R. Civ. P. 40. Accordingly, the parties must seek continuance pursuant to Local Rule 7.6, which provides:

> A continuance of any trial, pretrial conference, or other hearing will be granted only on exceptional circumstances. No such continuance will be granted on stipulation of counsel alone. However, upon written notice served and filed at the earliest practical date prior to the trial, pretrial conference, or other hearing, and supported by affidavit setting forth a full showing of good cause, a continuance may be granted by the Court.

S.D. Fla. L.R. 7.6.

Here, the parties have demonstrated no exceptional circumstances "supported by affidavit," nor is their joint stipulation sufficient to warrant continuance. *See id.* Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion (DE [129]) is **DENIED in part and GRANTED in part**;

2. The deadline to file the Joint Pretrial Stipulation is extended to **February 27, 2026**. All other deadlines and dates remain the same.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of February 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF